UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SHEILA DAVALLOO,
              Petitioner,

v.

SABINA KAPLAN, Superintendent, Bedford
Hills Correctional Facility,
              Respondent.

-----------------------------------------------------------x



**AMENDMENT TO**
**MEMORANDUM OPINION AND**
**ORDER OF OCTOBER 18, 2019**

16 CV 9342 (VB)

      The Court amends its October 18, 2019, Memorandum Opinion and Order (Doc. #37), as follows: As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. <u>See</u> 28 U.S.C. § 2253(c)(2); <u>Love v. McCray</u>, 413 F.3d 192, 195 (2d. Cir. 2005).

      In addition, the Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; therefore, <u>in forma pauperis</u> status is denied for the purpose of an appeal. <u>See</u> <u>Coppedge v. United States</u>, 369 U.S. 438, 444–45 (1962).

      The Clerk is instructed to mail a copy of this Order to petitioner at the address on the docket.

Dated: January 7, 2020
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge